# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| OLEG MOLDAVSKY, | : | CIVIL ACTION |
| Plaintiff, | : |  |
| v. | : |  |
|  | : |  |
| KILOLO KIJAKAZI, | : | No. 22-1447 |
| Acting Commissioner of Social Security, | : |  |
| Defendant, | : |  |

## ORDER

**AND NOW,** this 19th day of May, 2023, upon consideration of the Plaintiff's Request for Review (ECF No. 10), Defendant's Response in Opposition (ECF No. 11), and Plaintiff's Brief in Reply (ECF No. 12), and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. The Plaintiff's Request for Review is **GRANTED,** and the matter is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings in accordance with the Memorandum Opinion;

2. Judgment will be entered by separate order filed contemporaneously with this order.

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:

__s/Pamela A. Carlos_____
PAMELA A. CARLOS
United States Magistrate Judge